**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-6066

JAMES RANDALL BRAWNER,

             Plaintiff - Appellant,

        v.

LEROY CARTLEDGE, sued in his individual capacity; STEVEN
LEWIS; J. PARKER, sued in his individual capacity; FRANK
MURSIER, sued in his individual capacity; HARRISON, sued in
his individual capacity; JAMES SLIGH, sued in his individual
capacity; DENNIS PATTERSON, sued in his individual capacity,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Orangeburg.  Richard Mark Gergel, District
Judge.  (5:12-cv-01889-RMG-KDW)

Submitted:  March 26, 2013          Decided:  March 29, 2013

Before DUNCAN, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Randall Brawner, Appellant Pro Se.  Andrew Lindemann,
DAVIDSON & LINDEMANN, PA, Columbia, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Randall Brawner appeals the district court's order accepting the recommendation of the magistrate judge and denying his motion for a preliminary injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brawner v. Cartledge, No. 5:12-cv-01889-RMG-KDW (D.S.C. Dec. 28, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED